

Stephen E.W. Hale (5285)
Jonathan O. Hafen (6096)
PARR, WADDOUPS BROWN GEE &
LOVELESS
Suite 1300
185 South State Street
Salt Lake City, UT 84111-1537
Tel.: (801) 532-7840
Fax: (801) 532-7750

Timothy S. Cole
Maria V. Martin
RUBIN & ASSOCIATES, P.C.
MCS Building, Suite 202
10 South Leopard Road
Paoli, Pennsylvania 19301
Tel.: (610) 408-2010

Attorneys for Merrill Lynch, Pierce,
Fenner & Smith Incorporated

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>RUSSELL K. CANNON, an individual,<br><br>Defendant. | **EX PARTE MOTION FOR LEAVE TO FILE OVERLENGTH MEMORANDUM**<br><br><br>Case No. 1:01CV-127<br><br>Honorable Tena Campbell |

Plaintiff Merrill Lynch, Pierce, Fenner & Smith, Inc. (the "Plaintiff") respectfully moves this Court for leave to file an overlength brief with respect to its Reply Memorandum in Support of its Motion for a Temporary Restraining Order and Preliminary Injunction. The argument section of

Plaintiff's Memorandum is approximately twenty-nine pages in length. The additional pages are needed so as to provide the Court with a full understanding of the issues, factual allegations, and law regarding the issues relevant to the Motion for Preliminary Injunction. In addition, Defendant's Opposition Memorandum is 29 pages in length. A summary of the argument, pursuant to Rule 4-501 of the Judicial Council Rules of Judicial Administration, is included in Plaintiff's Supporting Memorandum in the form of the Introduction.

DATED this 23 day of October, 2001.

PARR WADDOUPS BROWN GEE & LOVELESS
and RUBIN & ASSOCIATES

_____
Stephen E. W. Hale
Jonathan O. Hafen
Timothy S. Cole
Attorneys for Plaintiff Merrill Lynch, Pierce, Fenner & Smith, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on the __23rd__ day of October, 2001, the foregoing **EX PARTE MOTION FOR LEAVE TO FILE OVERLENGTH MEMORANDUM,** was served by hand-delivery on the following:

>Scott A. Hagen
>RAY QUINNEY & NEBEKER
>79 South Main Street
>P.O. Box 45385
>Salt Lake City, UT  84145-0385

_____