COPY

FILED
RECEIVED
'01 AM 10: 24
OCT 24 2001  DISTRICT OF UTAH
OFFICE BY:
JUDGE TENA CAMPBELL  DEPUTY CLERK

RECEIVED CLERK
OCT 23 2001
U.S. DISTRICT COURT

Stephen E.W. Hale (5285)
Jonathan O. Hafen (6096)
PARR, WADDOUPS BROWN GEE &
LOVELESS
Suite 1300
185 South State Street
Salt Lake City, UT 84111-1537
Tel.: (801) 532-7840
Fax: (801) 532-7750

Timothy S. Cole
Maria V. Martin
RUBIN & ASSOCIATES, P.C.
MCS Building, Suite 202
10 South Leopard Road
Paoli, Pennsylvania 19301
Tel.: (610) 408-2010

Attorneys for Merrill Lynch, Pierce,
Fenner & Smith Incorporated

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>RUSSELL K. CANNON, an individual,<br><br>Defendant. | **ORDER GRANTING PLAINTIFF'S *EX PARTE* MOTION FOR LEAVE TO FILE AN OVERLENGTH MEMORANDUM**<br><br>**DENIED**<br><br>Case No. 1:01CV-127<br><br>Honorable Tena Campbell |



Having considered the *ex parte* Motion of Plaintiff Merrill Lynch, Pierce, Fenner & Smith, Inc. ("Plaintiff") for leave to file an overlength Memorandum in Support of Plaintiff's Reply Memorandum in Support of Its Motion for a Temporary Restraining Order and Preliminary Injunction, and good cause appearing therefor,

IT IS HEREBY ORDERED that Plaintiff is granted leave of Court to file an overlength Memorandum in Its Motion for a Temporary Restraining Order and Preliminary Injunction, totaling 30 pages, exclusive of face sheet, table of contents, statements of issues and facts, and exhibits.

ENTERED this 26 day of October, 2001.

BY THE COURT:

**DENIED** as MOOT

_____
Honorable Tena Campbell
Federal Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that on the __23rd__ day of October, 2001, the foregoing **ORDER GRANTING PLAINTIFF'S *EX PARTE* MOTION FOR LEAVE TO FILE AN OVERLENGTH MEMORANDUM,** was served by hand-delivery on the following:

>Scott A. Hagen
>RAY QUINNEY & NEBEKER
>79 South Main Street
>P.O. Box 45385
>Salt Lake City, UT 84145-0385

_____

8285v1      3

```
                                                              alp
                  United States District Court
                           for the
                       District of Utah
                      October 29, 2001


          * * CERTIFICATE OF SERVICE OF CLERK * *


Re:  1:01-cv-00127



True and correct copies of the attached were either mailed or faxed by the
clerk to the following:


       Timothy S. Cole, Esq.
       RUBIN & ASSOCIATES
       10 S LEOPARD RD
       MSC BLDG STE 202
       PAOLI, PA   19301
       JFAX 8,610,4083962

       Mr. Stephen E Hale, Esq.
       PARR WADDOUPS BROWN GEE & LOVELESS
       185 S STATE ST STE 1300
       PO BOX 11019
       SALT LAKE CITY, UT   84147
       JFAX 9,5327750

       Mr. Scott A Hagen, Esq.
       RAY QUINNEY & NEBEKER
       79 S MAIN ST
       PO BOX 45385
       SALT LAKE CITY, UT   84145-0385
       JFAX 9,5327543
```