

SCOTT A. HAGEN (4840)
D. ZACHARY WISEMAN (8316)
RAY, QUINNEY & NEBEKER
36 South State Street #1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
 Telephone: (801) 532-1500

Attorneys for Defendant Russell Cannon

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |
| Plaintiff, | Case No.: Case No. 1:01:CV-127 |
| v. | Judge: Tena Campbell |
| RUSSELL CANNON, | |
| Defendant. | |

The parties, by and through their counsel of record, hereby stipulate that this case has been completely settled and may be dismissed with prejudice, each side to bear its own costs and attorney's fees. Accordingly, the parties jointly move the Court to dismiss this case with prejudice.

26

DATED this 11th day of April, 2002.

                                     RAY, QUINNEY & NEBEKER

                                     /s/ Scott A. Hagen
                                     Scott A. Hagen
                                     D. Zachary Wiseman

                                     *Attorneys for Defendant Russell Cannon*

DATED this 10th day of April, 2002.

                                     PARR WADDOUPS BROWN GEE & LOVELESS

                                     /s/ Jonathan O. Hafen
                                     Jonathan O. Hafen

                                     *Attorneys for Plaintiff*