SCOTT A. HAGEN (4840)
D. ZACHARY WISEMAN (8316)
RAY, QUINNEY & NEBEKER
36 South State Street #1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
 Telephone: (801) 532-1500

Attorneys for Defendant Russell Cannon

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., | **ORDER DISMISSING CASE WITH PREJUDICE** |
|---|---|
| Plaintiff, | Case No.: Case No. 1:01:CV-127 |
| v. | Judge: Tena Campbell |
| RUSSELL CANNON, | |
| Defendant. | |

Based on the stipulation of the parties and good cause appearing therefor, the Court hereby dismisses this case with prejudice, each side to bear its own attorney's fees and costs.

DATED this _15_ day of __April__, 2002.

BY THE COURT:

_____
Hon. Tena Campbell

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** and **ORDER DISMISSING CASE WITH PREJUDICE** was mailed, postage prepaid on April _11_, 2002, to the following:

Jonathan O. Hafen
PARR WADDOUPS BROWN GEE & LOVELESS
185 So. State Street, Suite 1300
Salt Lake City, Utah 84147

Timothy S. Cole
Rubin & Associates
MCS Building, Suite 202
10 South Leopard Road
Paoli, Pennsylvania 19301

*Doris Van den Akker*

643881

```
                                                            alp
                    United States District Court
                              for the
                          District of Utah
                         April 16, 2002


           * * CERTIFICATE OF SERVICE OF CLERK * *


Re:   1:01-cv-00127



True and correct copies of the attached were either mailed or faxed by the
clerk to the following:


         Timothy S. Cole, Esq.
         RUBIN & ASSOCIATES
         10 S LEOPARD RD
         MSC BLDG STE 202
         PAOLI, PA  19301
         JFAX 8,610,4083962

         Mr. Stephen E Hale, Esq.
         PARR WADDOUPS BROWN GEE & LOVELESS
         185 S STATE ST STE 1300
         PO BOX 11019
         SALT LAKE CITY, UT  84147
         JFAX 9,5327750

         Mr. Scott A Hagen, Esq.
         RAY QUINNEY & NEBEKER
         36 S ST ST STE 1400
         PO BOX 45385
         SALT LAKE CITY, UT  84145-0385
         JFAX 9,5327543
```